## AFFIDAVIT OF SERVICE

| Case:<br>2:25-CV-01559 | Court:<br>United States District Court for the District of New Jersey | County:<br>, NJ | Job:<br>12823729 (764632) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>MODERN ORTHOPAEDICS OF NEW JERSEY | | Defendant / Respondent:<br>UMR | |
| Received by: | | For:<br>DGR Legal | |
| To be served upon:<br>UMR, Inc. c/o CT Corporation System, Inc. | | | |

I, Jon Balch, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Liz Burke, Intake Specialist, 1010 Dale Street North, Saint Paul, MN 55117
**Manner of Service:** Registered Agent, Mar 4, 2025, 2:36 pm CST
**Documents:** Summons, Complaint, & Case Information Statement

**Additional Comments:**
1) Successful Attempt: Mar 4, 2025, 2:36 pm CST at 1010 Dale Street North, Saint Paul, MN 55117 received by Liz Burke, Intake Specialist. Age: 60-70; Ethnicity: Caucasian; Gender: Female; Weight: 125-140; Height: 5'4"; Hair: Gray;

_Jon Balch_    3/5/2025
Jon Balch          Date

Subscribed and sworn to before me by the affiant who is personally known to me.

_signature_
Notary Public

March 5, 2025
Date

Philip J. Ekman
Notary Public
Minnesota
My Commission Expires 01/31/2030

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**MODERN ORTHOPAEDICS OF NEW JERSEY,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**UMR,**
*Defendant*

CASE NUMBER: **2:25−CV−01559−MEF−JRA**

TO: *(Name and address of Defendant):*

UMR
9900 Bren Road East
Minnetonka, MN 55343

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GOTTLIEB AND GREENSPAN, LLC
17-17 Route 208, Suite 250
Fair Lawn, NJ 07410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

/s Melissa E. Rhoads
**Clerk of Court**



**ISSUED ON 2025−03−03 15:49:37**, Clerk
USDC NJD