Matthew P. Mazzola (Bar # 253252017)
ROBINSON & COLE LLP
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: mmazzola@rc.com

*Attorneys for Defendant UMR*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MODERN ORTHOPAEDICS OF NEW JERSEY, | : |
| | : Case No. 2:25-cv-01559-MEF-JRA |
| *Plaintiff,* | : |
| | : |
| v. | : **NOTICE OF APPEARANCE** |
| | : |
| UMR, | : |
| | : |
| *Defendant.* | : |

**PLEASE TAKE NOTICE** that Matthew P. Mazzola of the law firm of Robinson & Cole LLP hereby appears in the above-captioned action as counsel of record for Defendant UMR.

I certify that I am admitted to practice in this Court.

Dated: March 24, 2025

ROBINSON & COLE LLP

/s/ *Matthew P. Mazzola*
Matthew P. Mazzola
ROBINSON & COLE LLP
666 Third Ave., 20th Floor
New York, NY 10017
Telephone: (212) 451-2900
Email: mmazzola@rc.com

*Attorneys for Defendant UMR*