ROBINSON & COLE LLP
Matthew P. Mazzola, Esquire (N.J. ID # 253252017)
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: mmazzola@rc.com
*Attorneys for Defendant UMR*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------------- x
MODERN ORTHOPAEDICS OF NEW JERSEY,    :   Case No. 2:25-cv-01559-MEF-JRA
                                      :
    *Plaintiff,*                  :
                                      :   **APPLICATION FOR AN EXTENSION**
   v.                              :   **OF TIME TO ANSWER, MOVE OR**
                                      :   **OTHERWISE REPLY TO THE**
UMR,                                  :   **COMPLAINT (L. CIV. R. 6.1(b))**
                                      :
    *Defendant.*                  :
---------------------------------------------------------------------------- x

    Defendant, UMR, respectfully requests that the Clerk of this Court issue an Order pursuant to Rule 6.1(b) of the Local Civil and Criminal Rules of the United States District Court for the District of New Jersey ("Local Rules") extending its time to answer, move, or otherwise reply to Plaintiff, Modern Orthopaedics of New Jersey's Complaint for a period of two weeks from March 25, 2025, to and including April 8, 2025, and it is represented that:

    1.    Plaintiff filed its Complaint on February 28, 2025 (ECF No. 1). Plaintiff filed the Summons Returned Executed on March 14, 2025, reflecting service of the Summons and Complaint on Defendant on March 4, 2025 (ECF No 4).

    2.    Defendant's deadline to respond to the Complaint is March 25, 2025. Pursuant to Local Rule 6.1(b), Defendant requests a two-week extension of time to respond to Plaintiff's Complaint from March 25, 2025, to and including April 8, 2025.

    3.    No previous extension for the Complaint has been requested.

Dated:  March 24, 2025

        Respectfully submitted,

        **ROBINSON & COLE LLP**

By:    */s/ Matthew P. Mazzola*
        Matthew P. Mazzola
        (N.J. ID # 253252017)
        666 Third Ave., 20th Floor
        New York, NY 10017
        Telephone: (212) 451-2900
        Email: mmazzola@rc.com

        *Attorneys for Defendant UMR*

## ORDER

The above application is GRANTED. Defendant UMR's time to answer, move or otherwise reply to the Complaint is extended from March 25, 2025, to and including April 8, 2025.

ORDER DATED: _____, 2025

                                      MELISSA E. RHOADS, Clerk of Court

                                      By:_____
                                                   Deputy Clerk