UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------------ x
MODERN ORTHOPAEDICS OF NEW JERSEY,  :  Case No. 2:25-cv-01559-MEF-JRA
:
        *Plaintiff,*  :
:  **CONSENT ORDER EXTENDING**
   v.  :  **DEFENDANT'S TIME TO RESPOND**
:  **TO THE COMPLAINT**
UMR,  :
:
        *Defendant.*  :
------------------------------------------------------------------------ x

    **WHEREAS**, Plaintiff, Modern Orthopaedics of New Jersey, filed its Complaint on February 28, 2025 (ECF No. 1);

    **WHEREAS**, on March 24, 2025, Defendant, UMR, filed an Application and Proposed Order for Clerk's Order to Extend Time to Answer, Move or Otherwise Respond to the Complaint (ECF No. 6), seeking an extension to and including April 8, 2025, which was granted on March 25, 2025;

    **WHEREAS**, Defendant is still in the process of investigating the allegations in the Complaint and requires an extension to locate and review the documentation/information and provide a meaningful response to the allegations related thereto and thus, respectfully requests a thirty (30) day extension of time to do so in the above-captioned matter from April 8, 2025 through and including May 8, 2025; and

    **WHEREAS**, Plaintiff has consented to Defendant's request for an extension of thirty (30) days to respond to the Complaint;

    IT IS HEREBY, ORDERED that Defendant's time to file its response to the Complaint in the above-captioned matter is extended to and including May 8, 2025.

Dated: _____

                                                    _____
                                                    Honorable Michael E. Farbiarz, U.S.D.J.