UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MODERN ORTHOPAEDICS OF NEW JERSEY,<br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>UMR,<br>　　　　　　　　　Defendant. | Index No.: 2:25-cv-01559<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Modern Orthopaedics of New Jersey, by and through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendant UMR without prejudice. Each party shall bear their own costs.

Dated: Fair Lawn, New Jersey
　　　　April 8, 2025

　　　　　　　　　　　　　　　　　　　　GOTTLIEB AND GREENSPAN, LLC
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

　　　　　　　　　　　　　By:　　/s/ Evan Gilman
　　　　　　　　　　　　　　　　　Evan Gilman
　　　　　　　　　　　　　　　　　17-17 Route 208, Suite 250
　　　　　　　　　　　　　　　　　Fair Lawn, New Jersey 07410
　　　　　　　　　　　　　　　　　(201) 644-0890
　　　　　　　　　　　　　　　　　egilman@gottliebandgreenspan.com