UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MODERN ORTHOPAEDICS OF NEW JERSEY,<br><br>      Plaintiff,<br><br>-against-<br><br>UMR,<br><br>      Defendant. | Index No.: 2:25-cv-01559<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

  Plaintiff Modern Orthopaedics of New Jersey, by and through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendant UMR without prejudice. Each party shall bear their own costs.

Dated: Fair Lawn, New Jersey
    April 8, 2025

                 GOTTLIEB AND GREENSPAN, LLC
                 *Attorneys for Plaintiff*

**SO ORDERED**.        By: /s/ Evan Gilman
                 Evan Gilman
_____        17-17 Route 208, Suite 250
Michael E. Farbiarz, U.S.D.J.     Fair Lawn, New Jersey 07410
Date: 4/9/2025         (201) 644-0890
                 egilman@gottliebandgreenspan.com